■ In the Matter of Eve I. Gleason, Respondent, against Olin F. Gleason, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Armando Aponte, Appellant, v. Roven Taxi, Inc., et al., Respondents.— Appeal from order of September 24, 1959 unanimously dismissed on the ground that the ex parte order is not appealable. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Armando Aponte, Appellant, v. Roven Taxi, Inc., et al., Respondents. — Order of November 19, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent John Maldonado. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Helen G. Weill et al., Plaintiffs, v. Queensdale Realty, Inc., et al., Defendants. Bush and O'Brien, Appellants, v. Louis R. Lovisa, Inc., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Benjamin Gale, Appellant, v. Lincox Realty Corp., Respondent, et al., Defendants.— Orders opening default in mortgage foreclosure and extending time of defendant to supply bond as condition to opening of default unanimously affirmed, with $20 costs and disbursements of the appeals to abide the event. It cannot be said that Special Term abused its discretion in granting either of the orders. Undoubtedly, the omission to join the transferee corporation may effect the ultimate relief to which defendant might be entitled if he succeeds on the merits. However, the present record, as distinguished from appellant's brief, did not properly present the problem, if there be any, because of insufficient averment as to the purchase from plaintiff following the foreclosure sale. Defendant may be well advised, nevertheless, to take such steps as would be appropriate with respect to the transferee corporation, or the transferee corporation may take appropriate steps (Civ. Prac. Act, § 193, subd. 3). Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Miguel Goni-Moral, Appellant, v. Wall Street Club, Inc., Respondent. In the Matter of the Arbitration between Wall Street Club, Inc., Respondent, and Miguel Goni-Moral, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Herbert H. Sabbeth, Respondent, v. Evelyn L. Sabbeth, Appellant. — Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Marjorie Simon, Respondent, v. Herman O. Simon, Appellant.— Order of October 16, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Marjorie Simon, Respondent, v. Herman O. Simon, Appellant.— Order of December 22, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ Leonard Blackwood, Respondent, v. Chemical Corn Exchange Bank, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.